**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re NOVASTAR FINANCIAL SECURITIES LITIGATION | ) | Case No. 04-0330-CV-W-ODS |

**PLAINTIFFS' MOTION FOR CLARIFICATION OF ORDER AND OPINION GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs, pursuant to Federal Rule of Civil Procedure 60(a), respectfully move for the entry of an Order clarifying the Court's Order and Opinion Granting Plaintiffs' Motion for Class Certification and defining the Class as:

> All persons who purchased the common stock of NovaStar or sold NovaStar put options during the period from October 29, 2003 through April 8, 2004, inclusive (the "Class Period").

In support of this Motion, Plaintiffs respectfully submit the concurrently filed Suggestions in Support of Plaintiffs' Motion for Clarification of Order and Opinion Granting Plaintiffs' Motion for Class Certification.

Dated: February 22, 2007

**WALTERS BENDER STROHBEHN & VAUGHAN, P.C.**

By: /s/ R. Frederick Walters

R. Frederick Walters (Mo. Bar #25069)
Karen W. Renwick (Mo. Bar # 41271)
2500 City Center Square
1100 Main Street
P.O. Box 26188
Kansas City, Missouri 64196
Tel: (816) 421-6620
Fax: (816) 421-4747

***Liaison Counsel for the Class***

**ENTWISTLE & CAPPUCCI LLP**
Vincent R. Cappucci
Stephen D. Oestreich
Robert N. Cappucci
Shannon L. Hopkins
Seth A. Brookman
280 Park Avenue, 26th Floor West
New York, New York 10017
Tel: (212) 894-7200
Fax: (212) 894-7272

**MILBERG WEISS & BERSHAD LLP**
Richard H. Weiss
One Pennsylvania Plaza
New York, New York 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

***Co-Lead Counsel for the Class***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the United States District Court for the Western District of Missouri, Western Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court to all designated persons the 22nd day of February, 2007, and a copy mailed by United States mail, first-class postage prepaid, addressed to the following individuals who are not designated to receive ECF notice from the Court:

[none]

/s/ R. Frederick Walters