IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE NOVASTAR FINANCIAL SECURITIES LITIGATION | ) ) ) ) | Case No. 04-0330-CV-W-ODS |

ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION AND GRANTING PLAINTIFFS' MOTION FOR CLARIFICATION

Pending are Defendants' Motion for Reconsideration (Doc. #222) and Plaintiffs' Motion for Clarification (Doc. #224).

Motion for Reconsideration

Defendants' reasserts the arguments previously presented to and rejected by the Court regarding both Plaintiffs' fraud-on-the-market theory and naming Generic as the class representative. As stated in the February 8, 2007 Order, the Court held the arguments based upon the merits of Plaintiffs' legal theories were premature and should be addressed at the summary judgment stage and determined Generic to be a proper class representative. Defendants do not present any new or different arguments that were not presented to the Court previously; thus, the motion is denied.

Motion for Clarification

In the Court's Order, the Class was defined as "All persons who (1) purchased or otherwise acquired common stock of NovaStar during the class period, (2) still held shares of stock as of April 8, 2004, and (3) as a result of NovaStar's actions, suffered damages." Plaintiffs seek clarification and reconsideration of this definition. In Plaintiffs' Motion for Class Certification, Plaintiffs requested the class be defined as "All persons who purchased the common stock of NovaStar or sold NovaStar put options during the period from October 29, 2003 through April 8, 2004, inclusive 'the Class Period.'"

The basis for Plaintiffs' request is sound, but the definition proposed is insufficient. Accordingly, the Class shall be defined as: All persons who EITHER (1)

purchased or otherwise acquired common stock of NovaStar during the class period and still held shares of stock as of April 8, 2004, or (2) sold NovaStar put options during the period from October 29, 2003 through April 8, 2004 whose option extended beyond, and was exercised after, April 8, 2004, AND (3) as a result of NovaStar's actions, suffered damages.

IT IS SO ORDERED.

Date: May 17, 2007

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
UNITED STATES DISTRICT COURT