# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| IN RE NOVASTAR FINANCIAL, INC. SECURITIES LITIGATION | ) ) ) ) | Case No. 04-0330-CV-W-ODS |

## MOTION PURSUANT TO RULE 23(e) OF THE FEDERAL RULES OF CIVIL PROCEDURE FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation and Agreement of Settlement (the "Stipulation") and the exhibits thereto, and all prior proceedings had herein, Class Representatives Generic Trading of Philadelphia, LLC and Harrold Daniels, by and through their attorneys, hereby move the Court, the Honorable Ortrie D. Smith, presiding, for an order granting preliminary approval of the proposed settlement of this previously certified securities class action.

WHEREFORE, the Class Representatives respectfully request that the Court enter an Order substantially in the form of the proposed Preliminary Order for Notice and Hearing In Connection With Settlement Proceedings, annexed hereto as Exhibit 1. A copy of the Stipulation and exhibits is annexed hereto as Exhibit 2.

The Class Representatives do not request oral argument. This motion has been discussed with Defendants' Counsel and they do not oppose this motion and are in full agreement with the text of the proposed Order (which conforms with the proposed Order appended to the Stipulation). A Memorandum in Support follows.

If the Court would like to discuss any of the terms of the Stipulation or the scheduling of the remaining proceedings, we will be pleased to appear before the Court, in person or by

telephone, at the Court's earliest convenience. Otherwise, the parties to the Stipulation jointly

respectfully request that the Court enter the proposed Preliminary Order for Notice and Hearing

In Connection With Settlement Proceedings.


DATED: December 8, 2008                                    Respectfully submitted,


                                                           **WALTERS BENDER STROHBEHN &**
                                                           **VAUGHAN, P.C.**


                                                           By:  s/ R. Frederick Walters
                                                                    R. Frederick Walters (MO#25069)
                                                                    fwalters@wbsvlaw.com
                                                                    Karen W. Renwick (MO#41271)
                                                                    krenwick@wbsvlaw.com
                                                           2500 City Center Square
                                                           1100 Main Street
                                                           P.O. Box 26188
                                                           Kansas City, Missouri  64196
                                                           Telephone:  (816) 421-6620
                                                           Facsimile:  (816) 421-4747

                                                           **Liaison Counsel for Plaintiffs**


                                                           **MILBERG LLP**
                                                                    Sanford P. Dumain
                                                                    sdumain@milberg.com
                                                                    Richard H. Weiss
                                                                    rweiss@milberg.com
                                                           One Pennsylvania Plaza
                                                           New York, New York  10119-0165
                                                           Telephone:  (212) 594-5300
                                                           Facsimile:  (212) 868-1229

                                                           **Co-Lead Counsel for Plaintiffs**

**ENTWISTLE & CAPPUCCI LLP**
Vincent R. Cappucci
vcappucci@entwistle-law.com
280 Park Avenue
26th Floor West
New York, New York 10017
Telephone: (212) 894-7200
Facsimile: (212) 894-7272

**Co-Lead Counsel for Plaintiffs**

TO:    **HUSCH BLACKWELL SANDERS LLP**
Michael Thompson (MO#22153)
michael.thompson@huschblackwell.com
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080

**Counsel for Defendants**

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
William F. Alderman
walderman@orrick.com
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

**Counsel for Defendants**

# CERTIFICATE OF SERVICE

It is hereby certified that a copy of the above and foregoing documents was filed and served via electronic transmission with the clerk of the court using the CM/ECF system on this 8th day of December, 2008, and thereby served upon all counsel of record.

s/ R. Frederick Walters